IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITO WESTON, | ) |
| *Plaintiff*, | ) |
| | ) Case 3:15-cv-00168-AVC |
| v. | ) |
| | ) Submitted May 14, 2015 |
| UNITED STATES, | ) |
| *Defendant*. | ) |

**CONSENT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE
FOR EARLY SETTLEMENT CONFERENCE**

Plaintiff Keito Weston, by and through his undersigned counsel, requests that this case be referred to Magistrate Judge Smith for an early settlement conference. Counsel for the Government has been consulted and joins this request.

Respectfully submitted,
Keito Antonio WESTON
through counsel,

  /s/ Laura Murray-Tjan
Date: May 14, 2015            Laura Murray-Tjan, phv07272
Boston, MA                    Federal Immigration Appeals Project
                              6 Beacon Street, Suite 900
                              Boston, MA 02108
                              Tel. (617) 580-1717
                              Fax (617) 542-0033
                              Email lmmtjan@fiapboston.com

## Certificate of Service

I hereby certify that on May 14, 2015, I served a copy of the foregoing Consent Request for Referral to Magistrate Judge for Early Settlement Conference via first class mail on:

Attorney Michelle McConaghy
U.S. Attorney's Office for the District of Connecticut
157 Church Street, Floor 25
New Haven, CT 06510

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Respectfully submitted,

s/ Laura Murray-Tjan
Federal Immigration Appeals Project

Dated: May 14, 2015